UNITED STATES DISTRICT COURT
for the
District of Colorado
Denver, CO

| | |
|---|---|
| **Chun Wu** <br> *Plaintiff* <br><br> v. <br><br> **National Tax Advisory Services LLC** <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 1:23-cv-00679-RM-SKC <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

I, Adela Velazquez, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on National Tax Advisory Services LLC in Los Angeles County, CA on March 17, 2023 at 3:10 pm at 21550 W Oxnard St, Suite 630, Los Angeles, CA 91367 by leaving the following documents with Keith Elder who as Registered Agent is authorized by appointment or by law to receive service of process for National Tax Advisory Services LLC.

Summons
Complaint
CCS
MJ Form

Additional Description:
Successful serve, approach was kind and professional.

White Male, est. age 55, glasses: N, White hair, 140 lbs to 160 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=34.1786613,-118.5998695
Photograph: See Exhibit 1

I DECLARE, UNDER OATH AND UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF COLORADO, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in __Los Angeles County__ ,  
__CA__ on __3/17/2023__ .

/s/ *Adela Velazquez*

Signature  
Adela Velazquez  
(818) 804-6789

# Exhibit 1

Exhibit 1a)



Exhibit 1b)



Exhibit 1c)



Exhibit 1d)

