**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **CHUN WU, individually and on behalf of all others similarly situated,** | Civil Case Number: 1:23-cv-00679-RM-JPO |
| Plaintiff, | |
| -against- | |
| **NATIONAL TAX ADVISORY SERVICES LLC,** | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Chun Wu and Defendant National Tax Advisory Services LLC ("The Parties") hereby stipulate to a dismissal of all of Plaintiff's claims against Defendant in the above-captioned matter, without prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:	March 11, 2024

| | |
|---|---|
| /s/ Yitzchak Zelman | /s/ Kevin J. Cole |
| Yitzchak Zelman, Esq. | Kevin J. Cole, Esq. |
| Marcus & Zelman, LLC | KJC Law Group, A.P.C. |
| 701 Cookman Avenue, Suite 300 | 9701 Wilshire Boulevard, Suite 1000 |
| Asbury Park, NJ 07712 | Beverly Hills, CA 90212 |
| (732) 695-3282 | (310) 861-7797 |
| Email: yzelman@marcuszelman.com | Email: kevin@kjclawgroup.com |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **CHUN WU, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>-against-<br><br>**NATIONAL TAX ADVISORY SERVICES LLC,**<br><br>Defendant. | Civil Case Number: 1:23-cv-00679-RM-JPO |

### [PROPOSED] DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' March 11, 2024 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. 1:23-cv-00679-RM-JPO, are dismissed without prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS _____ day of _____ 2024.**

_____
HONORABLE RAYMOND P. MOORE
UNITED STATES DISTRICT JUDGE